Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

MIDDLE District of FLORIDA

OCALA Division

PROVIDED TO
SUMTER CORRECTIONAL INSTITUTION
DATE 6/3/24
OFFICER INITIALS CB

GEORGE F. BENTZEL
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SERGEANT LAM, et al.,
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:24-cv-285-WWB-PRL
(to be filled in by the Clerk's Office)

FILED - USDC - FLMD - OCA
JUN 6 2024 AM10:14

FILED - USDC - FLMD - OCA
JUN 6 2024 AM10:14

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: GEORGE F. BENTZEL
   All other names by which you have been known:
   ID Number: ⌀52321
   Current Institution: SUMTER C.I.
   Address: 9544 COUNTY ROAD 476B
   BUSHNELL    FL    33513
   City       State    Zip Code

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: SERGEANT LAM
   Job or Title (if known): SERGEANT
   Shield Number:
   Employer: FLORIDA DEPARTMENT OF CORRECTIONS
   Address: 9544 COUNTY ROAD 476B
   BUSHNELL    FL    33513
   City       State    Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: CAPTAIN DEAL
   Job or Title (if known): CAPTAIN
   Shield Number:
   Employer: FLORIDA DEPARTMENT OF CORRECTIONS
   Address: 9544 COUNTY ROAD 476B
   BUSHNELL    FL    33513
   City       State    Zip Code
   [✓] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: COLONEL FERGUESON
Job or Title (if known): COLONEL
Shield Number:
Employer: FLORIDA DEPARTMENT OF CORRECTIONS
Address: 9544 COUNTY ROAD 476B
BUSHNELL, FL 33513
City / State / Zip Code
☑ Individual capacity  ☑ Official capacity

Defendant No. 4
Name: WARDEN COLON
Job or Title (if known): WARDEN
Shield Number:
Employer: FLORIDA DEPARTMENT OF CORRECTIONS
Address: 9544 COUNTY ROAD 476B
BUSHNELL, FL 33513
City / State / Zip Code
☑ Individual capacity  ☑ Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

CRUEL AND UNUSUAL PUNISHMENT
RETALIATION

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ALL DEFENDANTS ARE EMPLOYEES OF THE STATE OF FLORIDA DEPARTMENT OF CORRECTIONS WITH AUTHORITY OVER PLAINTIFF

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IN THE LIFERS DORM AT SUMTER CORRECTIONAL INSTITUTION ON JULY 18TH, 2023 AT ABOUT 1:25AM

C. What date and approximate time did the events giving rise to your claim(s) occur?

JULY 10TH, 2023 AT 1:25 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED "B" (EXHIBIT "B").

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

CONTUSION TO LEFT FOREARM (1/4")
CONTUSION TO WRIST (LEFT) (1 1/4")
ABRASION TO LEFT LEG (ANKLE) (1 1/4")   (SEE EXHIBIT "A")

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$100,000 PER DEFENDANT IN COMPENSATORY DAMAGES - FOR PAIN AND SUFFERING CAUSED TO PLAINTIFF

$50,000 PER DEFENDANT IN PUNITIVE DAMAGES - TO PUNISH FOR MALICIOUS ACTS OF DEFENDANTS

$1,000 PER DEFENDANT IN NOMINAL DAMAGES - TO ACKNOWLEDGE THE VIOLATION OF PLAINTIFFS RIGHTS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SUMTER CORRECTIONAL INSTITUTION
9544 COUNTY ROAD 476B, BUSHNELL, FLORIDA 33513

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

ALL OF THEM

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

FROM THE CONFINEMENT CELLS SUMTER CORRECTIONAL INSTITUTION 9544 COUNTY ROAD 476B, BUSHNELL, FLORIDA 33513

2. What did you claim in your grievance?

THAT SERGEANT LAM ASSAULTED ME, THAT CAPTAIN DEAL RETALIATED AGAINST ME FOR REPORTING THE ASSAULT, AND THAT THE WARDEN AND COLONEL RETALIATED AGAINST ME FOR REPORTING THE ASSAULT.

3. What was the result, if any?

IT HAS NEVER BEEN ANSWERED

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

AFTER 30 DAYS FROM WHEN I SENT THE INFORMAL GRIEVANCE I SENT A FORMAL GRIEVANCE, WHICH ALSO HAS NEVER BEEN RESPONDED TO. I SENT AN APPEAL TO THE SECRETARY 30 DAYS LATER, ALSO NEVER RESPONDED TO.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/3/24

Signature of Plaintiff: *George F. Bentzel*
Printed Name of Plaintiff: GEORGE F. BENTZEL
Prison identification #: 052321
Prison Address: SUMTER C.I., 9544 COUNTY ROAD 476B
BUSHNELL    FL    33513
City    State    Zip Code

B.   **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

# EXHIBIT "A"

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: L2119S
Team Number: 10
Institution: SUMTER

TO: (Check One)
☐ Warden   ☐ Classification   ☒ Medical  (MS. KELLY)   ☐ Dental
☐ Asst. Warden   ☐ Security   ☐ Mental Health   ☐ Other ____

FROM:
Inmate Name: GEORGE F. BENTZEL
DC Number: 052321
Quarters: L2119S
Job Assignment: H/M
Date: 10/11/23

**REQUEST**  Check here if this is an informal grievance ☐

MS. KELLY, MA'AM I WOULD PLEASE LIKE TO OBTAIN A COPY OF THE PRE-CONFINEMENT 7/18/23 MEDICAL REPORT OUT OF MY MEDICAL RECORDS THAT DOCUMENTED THE INJURIES THAT I RECEIVED AT 1:25 AM ON THE 7/18/23 MORNING I WAS ATTACKED. THANK YOU FOR YOUR TIME AND CONSIDERATION.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): George F. Bentzel
DC#: 052321

RECEIVED OCT 12 2023
MEDICAL RECORDS SUMTER C.I.

**RESPONSE**   DATE RECEIVED: ____

"Watch for your call out. Cost of records are 15¢ per (1) page."

[The following pertains to informal grievances only]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): K. Siegfried, Medical Records Supervisor, Sumter C.I.
Official (Signature): (signed)
Date: 10/12/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



T Basslon
7/18/23



Date of occurrence __7/18/23__    Time of occurrence __0115__
Date injury assessed by medical __7/18/23__    Time injury assessed by medical __0905__

☐ No injury identified

Description of injury:
Contusions to (L) forearm, abrasion to
(L) lt leg, contusion to (L) wrist.

(L) arm - underside 1/4" contusion   (L) lt leg - 1 1/4" abrasion
top side - 1 1/4" contusion

Staff Signature _____
Inmate Name __Bentzel, George__
DC# __DC5- 052321__   Race/Sex __W/M__
Date of Birth __05/17/51__
Institution __SCI__

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

# EXHIBIT "B"

## FACTS UNDERLYING CLAIM

On July 18th, 2023 at approximately 1:25AM I awoke to being slapped on the leg by Sergeant Lam and told to "cuff up". I am a seventy-two (72) year old man with prior open heart surgery and serious cardiovascular issues, I am also on medication that keeps me from coming suddenly awake, which Sergeant Lam knew both as he wakes us for morning meds and does security 9 who directs traffic to pill call and med clinic. When I awake I am groggy and disoriented. Sergeant Lam immediately grabbed my arm, snatched it extremely hard wrenching it way up my back and then shoved me hard against the wall then placed handcuffs on me. He then yanked me and drug me through a dark room and slammed me against the back door. He did this more than once saying "you awake now?" repeatedly as he did so. He took me to the Captain, Captain Morton and said I had an extra bed sheet (which I did not have). Captain Morton told Sergeant Lam to take the cuffs off me and let me go. He did so. Captain Morton told me to go back to the dorm and go back to sleep. I did so. After the 8:30AM count I began having chest pains and went to medical. While medical staff were giving me an EKG test they saw the injuries on my arm and leg. They asked where those injuries came from. I explained

what occured that night, what Sergeant Lam did. They called the Officer in Charge, Captain Deal, who took photographs of the injuries on an iPhone and told me to write a Statement Stating what occured. She left and came back about forty-five (45) minutes later and Said the Warden and Colonel told her to lock me up. I filed grievances and appeals from confinement but never received any response.

GEORGE T. BEATZEL #052321
SUMTER CORRECTIONAL INSTITUTION
9544 COUNTY ROAD 476B
BUSHNELL, FLORIDA 33513



UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0085 2305 7510 08

MAILED FROM SUMTER CORRECTIONAL INSTITUTE



US POSTAGE ™ PITNEY BOWES
ZIP 33513    $ 011.00⁰
02 4W
0000368489 JUN 03 2024

SCREENED By USMS

Mailed From Sumter Correctional Institution
FLORIDA DEPARTMENT OF CORRECTIONS

CLERK'S OFFICE, UNITED STATES
DISTRICT COURT, GOLDEN-COLLUM
MEMORIAL FEDERAL BUILDING AND
U.S. COURTHOUSE
207 N.W. SECOND STREET, ROOM 337
OCALA, FLORIDA 34475-6666

SCREENED By USMS

PROVIDED TO
SUMTER CORRECTIONAL INSTITUTION
DATE 6/3/24
OFFICER INITIALS GD